UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

C.K.S.,

                    Petitioner,

        v.

JULIO HERNANDEZ, *et al.*,

                    Respondents.

CASE NO. 2:26-cv-01356-GJL

ORDER ESTABLISHING
BRIEFING SCHEDULE FOR
AMENDED PETITION

The parties have consented to proceed before a United States Magistrate Judge in this immigration habeas action. Dkt. 3. On April 21, 2026, Petitioner initiated this action by filing a federal habeas Petition pursuant to 28 U.S.C. § 2241. Dkt. 1. Respondents filed a Response to the Petition on May 4, 2026. Dkt. 12. On May 12, 2026, Petitioner filed a Reply in support of his initial Petition. Dkt. 13. That same day, Petitioner filed Amended Petition, representing that the only change is an update regarding his asserted stateless status in paragraph 8. Dkt. 16 at 1.

Given the minimal amendments in the operative Amended Petition, the Court imposes the following abbreviated briefing schedule:

1.      Respondents **SHALL** file a response to the Amended Petition **not later than May 21, 2026**.

ORDER ESTABLISHING BRIEFING SCHEDULE
FOR AMENDED PETITION - 1

2.      Petitioner **SHALL** file a reply **not later than May 22, 2026**, which is the date noted for consideration of the Amended Petition.

Finally, Petitioner's Motion for Temporary Restraining Order (Dkt. 4), which the Court previously set for review upon submission of full briefing in this matter, is **RENOTED** for consideration on **May 22, 2026**. *See* Dkt. 7.

Dated this 18th day of May, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER ESTABLISHING BRIEFING SCHEDULE
FOR AMENDED PETITION - 2